# ON DEMAND COURT RECORDS

Disclaimer   Home
Back   New Search   Search Again   OCIS Counties   Search Hints

## Case Detail

| County: | Kay (Newkirk) - **County Last Updated:** 06/20/2008 07:30 |
|---|---|
| Case: | CJ-08-00068<br>COFFEY, BOB vs. FREEPORT-MCMORAN COPPER & GOLD |
| Date Filed: | 04/14/2008 |
| Amount Owed: | $0.00 (as of 06/20/2008 07:30) |

| Cause |
|---|
| PROPERTY DAMAGES |

| Parties | |
|---|---|
| Defendant | FREEPORT-MCMORAN COPPER & GOLD |
| Defendant | PHELPS DODGE CORPORATION |
| Defendant | CYPRUS AMAX MINERALS COMPANY |
| Defendant | AMAX INC FKA AMERICAN METAL |
| Defendant | CLIMAX INC FKA THE AMERICAN |
| Defendant | METAL COMPANY |
| Defendant | BLACKWELL ZINC CO INC - OKLAHOMA CITY OK |
| Defendant | BLACKWELL INDUSTRIAL AUTHORITY |
| Defendant | BNSF RAILWAY COMPANY FKA |
| Defendant | BURLINGTON NORTHERN INC |
| Defendant | FKA |
| Defendant | BURLINGTON NORTHERN RAILRD CO - TOPEKA KS |
| Defendant | SANTA FE RAILWAY CO. |
| Judge | BOYD, D W - NEWKIRK OK |
| Plaintiff | COFFEY, BOB |
| Plaintiff | CORN, LORETTA |
| Plaintiff | JONES, LARRY |
| Plaintiff | JONES, MARY ELLEN |
| Plaintiff | INDIVIDUALLY AND ON BEHALF OF |
| Plaintiff | ALL OTHERS SIMILARLY SITUATED |
| Plntf Atty. | BECKWORTH, BRADLEY E - DAINGERFIELD TX |
| Plntf Atty. | LANGSTON, KEITH L - DAINGERFIELD TX |
| Plntf Atty. | HULL, JOHN - DAINGERFIELD TX |
| Plntf Atty. | WALSH, MICHAEL - OKLAHOMA CITY OK |
| Plntf Atty. | IHRIG, ANDREW - BLACKWELL OK |

| Case Entries | | |
|---|---|---|
| Date: | Case Entries | Amount |
| 04/14/2008 | PETITION ($10,001 OR MORE) | $150.00 |
| | LAW LIBRARY | $6.00 |
| | DISPUTE MEDIATION ASSESSMENT | $2.00 |
| | CHILD ABUSE MULTIDISCIPLINARY REVOLVING FUND | $10.00 |
| | 1% OF CAM | $1.00 |
| | Oklahoma Court Information System Fee - Effective 07/01/04 | $25.00 |
| | LENGTHY TRIAL FUND | $10.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT | $3.00 |
| | 10% OF AG VICTIM SERVICES FEE | $0.30 |
| 05/29/2008 | SUMMONS ISSUED TO ATTY TO SERVE: BLACKWELL ZINC CO INC | $5.00 |
| 05/29/2008 | SUMMONS ISSUED TO ATTY TO SERVE: PHELPS DODGE CORP | $5.00 |
| | SUMMONS ISSUED TO ATTY TO SERVE: CYPRUS AMAX | |



EXHIBIT M

| Date | Description | Amount |
|---|---|---|
| 05/29/2008 | MINERAL CO | $5.00 |
| 05/29/2008 | SUMMONS ISSUED TO ATTY TO SERVE: BNSF RAILWAY CO | $5.00 |
| 05/29/2008 | SUMMONS ISSUED TO ATTY TO SERVE: BLACKWELL INDUSTRIAL AUTH | $5.00 |
| 05/29/2008 | SUMMONS ISSUED TO ATTY TO SERVE: AMAX, INC % CYPRUS AMAX MINERALS CO | $5.00 |
| 05/29/2008 | SUMMONS ISSUED TO ATTY TO SERVE: FREEPORT-MCMORAN COPPER & GOLD | $5.00 |
| 06/10/2008 | RETURN OF ORIGINAL SUMMONS SERVING:FREEPORT-MCMORAN COPPER & GOLD INC BY CERT MAIL 6-8-08-SIGNED BY DONALD L BUTLER | |
| 06/10/2008 | RETURN OF ORIGINAL SUMMONS SERVING:PHELPS DODGE CORP 6-02-08 BY:CERT MAIL | |
| 06/10/2008 | RETURN OF ORIGINAL SUMMONS SERVING:SERVICE ON CYPRUS AMAX MINERALS CO. 6-2-08 BY CERT MAIL | |
| 06/10/2008 | RETURN OF ORIGINAL SUMMONS SERVING:AMAX INC 6-2-08 BY: CERT MAIL | |
| 06/10/2008 | RETURN OF ORIGINAL SUMMONS SERVING:BLKW ZINK CO. 6-2-08 BY:CERT MAIL | |
| 06/10/2008 | RETURN OF ORIGINAL SUMMONS SERVING:BNSF RAILWAY CO BY:CERT MAIL 6-2-08 | |
| 06/10/2008 | RETURN OF ORIGINAL SUMMONS SERVING:BLKW INDUSTRIAL AUTHORITY 5-30-08 BY CERT MAIL | |
| **Total:** | | **$242.30** |

| Date | Receipts: | Amount: |
|---|---|---|
| 04/14/2008 | 00-105260 BLB GROUP, LLC | $242.30 |
| 06/11/2008 | Receipt 00-108023 received of IHRIG LAW FIRM | $5.00 |
| **Total:** | | **$247.30** |

Submit Feedback to Kellpro, Inc.        Site Hosted By: