IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BOB COFFEY, ET AL., )
)
        Plaintiffs, )
vs. ) NO. CIV-08-0640-HE
)
FREEPORT-MCMORAN COPPER )
& GOLD INC., ET AL., )
)
        Defendants. )

## ORDER

The court previously remanded this case to state court pursuant to 28 U.S.C. §1447(c), concluding that it lacked subject matter jurisdiction. The court then stayed the order of remand pending the defendants' appeal. As the appeal has been concluded, the stay of the order of remand is lifted.

**IT IS SO ORDERED.**

Dated this 5 day of January, 2009.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE